IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Whitney, Eugene A

Printed: 03/17/09

Case Number: 08 B 17673
Judge: Squires, John H
Filed: 7/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 4, 2009
Confirmed: September 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 225.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 210.37 |
| Trustee Fee: |  | 14.63 |
| Other Funds: |  | 0.00 |
| Totals: | 225.00 | 225.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 3,464.00 | 210.37 |
| 2. Car Town | Secured | 0.00 | 0.00 |
| 3. ECast Settlement Corp | Unsecured | 453.37 | 0.00 |
| 4. Jefferson Capital Systems LLC | Unsecured | 436.36 | 0.00 |
| 5. Asset Acceptance | Unsecured | 2,312.74 | 0.00 |
| 6. Asset Acceptance | Unsecured | 1,349.32 | 0.00 |
| 7. T Mobile USA | Unsecured | 728.95 | 0.00 |
| 8. Guaranty Bank | Unsecured | 33.13 | 0.00 |
| 9. Jefferson Capital Systems LLC | Unsecured | 503.71 | 0.00 |
| 10. Resurgent Capital Services | Unsecured | 963.55 | 0.00 |
| 11. National Quick Cash | Unsecured | 570.00 | 0.00 |
| 12. ER Solutions | Unsecured |  | No Claim Filed |
| 13. First American Cash Advance | Unsecured |  | No Claim Filed |
| 14. Charter One Bank | Unsecured |  | No Claim Filed |
| 15. First National Credit Card | Unsecured |  | No Claim Filed |
| 16. LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 17. Payday Loan | Unsecured |  | No Claim Filed |
| 18. ATG Credit LLC | Unsecured |  | No Claim Filed |
| 19. TCF Bank | Unsecured |  | No Claim Filed |
| 20. Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 21. J V D B & Associates | Unsecured |  | No Claim Filed |
|  |  | $ 10,815.13 | $ 210.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Whitney, Eugene A | Case Number: 08 B 17673 |
| | Judge: Squires, John H |
| Printed: 03/17/09 | Filed: 7/9/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 14.63 |
| | $ 14.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: